SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. *Intake Clerk* *

  2. *Case Administrator*

FROM:  *Financial Administrator*

DATE: 11/17/2016

CASE NAME: Stout

CASE NUMBER: 11-25775-CMB

---

Check Number 313 in the amount of $ 766.38 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 120069    Intake Clerk's Initials LF

---

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

*#4b-F*

| Date: 11/15/16 | Check Number: 313 | Amount: $766.38 |
|---|---|---|
| Case Number 11-25775-CMB<br>Debtor Name: MARK A. STOUT | | |

| Paid To: | Clerk Of Courts<br>United States Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Trustee: | PAMELA J. WILSON, TRUSTEE<br>810 VERMONT AVENUE<br>PITTSBURGH, PA 15234 |
|---|---|---|---|

Description: unclaimed funds (Claim No. 11) → William Stout
(last known address) 230 Sundust Rd
Eighty Four, PA
15330

Bank Account Number: ███