# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARK A. STOUT | § | Case No. 11-25775-CMB |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PAMELA J. WILSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 400,000.00 *(Without deducting any secured claims)* | Assets Exempt: 12,237.50 |
| Total Distributions to Claimants: 10,364.35 | Claims Discharged Without Payment: 3,141,282.20 |
| Total Expenses of Administration: 19,635.65 | |

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,103,000.00 | $ 1,099,763.55 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,785.65 | 7,135.65 | 7,135.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 28,729.84 | 12,500.00 | 12,500.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,132.77 | 1,132.77 | 1,132.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,226,675.00 | 3,556,513.78 | 1,956,513.78 | 9,231.58 |
| **TOTAL DISBURSEMENTS** | $ 4,329,675.00 | $ 4,693,925.59 | $ 1,977,282.20 | $ 30,000.00 |

4) This case was originally filed under chapter 11 on 09/13/2011 , and it was converted to chapter 7 on 07/26/2012 . The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2017                By:/s/PAMELA J. WILSON
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 ISUZU TROOPER (Amended Value) | 1129-000 | 729.44 |
| STOCK (RAIL AMERICA) (Amended Value) | 1129-000 | 14,416.46 |
| 2009 NISSAN (Added by Amendment) (Amended Value) | 1229-000 | 14,854.10 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cumberland County Tax Office | | 5,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cumberland County Tax Office | | 5,000.00 | NA | NA | 0.00 |
| | Cumberland County Tax Office | | 5,000.00 | NA | NA | 0.00 |
| | Cumberland County Tax Office | | 20,000.00 | NA | NA | 0.00 |
| | Willborough Palms Home Owners Assoc. | | 2,000.00 | NA | NA | 0.00 |
| 7 | Bank of America, N. A. | 4110-000 | 563,000.00 | 582,177.25 | 0.00 | 0.00 |
| 4 | BB&T Bankruptcy Section | 4110-000 | 140,000.00 | 143,661.44 | 0.00 | 0.00 |
| 5 | BB&T Bankruptcy Section | 4110-000 | 140,000.00 | 143,246.54 | 0.00 | 0.00 |
| 6 | BB&T Bankruptcy Section | 4110-000 | 120,000.00 | 122,691.35 | 0.00 | 0.00 |
| 2 | Greenpoint Mortgage Funding, Inc. | 4110-000 | 103,000.00 | 107,986.97 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,103,000.00** | **$ 1,099,763.55** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pamela J. Wilson | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| Union Bank | 2600-000 | NA | 1,265.13 | 1,265.13 | 1,265.13 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of the United States Trustee | 2950-000 | NA | 975.00 | 325.00 | 325.00 |
| Pamela J. Wilson | 3110-000 | NA | 1,760.00 | 1,760.00 | 1,760.00 |
| Pamela J. Wilson | 3120-000 | NA | 35.52 | 35.52 | 35.52 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,785.65 | $ 7,135.65 | $ 7,135.65 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| L. L. P. Lewis Deese & Nance | 6210-000 | NA | 7,804.50 | 0.00 | 0.00 |
| Robert O Lampl, Esquire | 6210-000 | NA | 17,772.50 | 12,500.00 | 12,500.00 |
| L. L. P. Lewis Deese & Nance | 6220-000 | NA | 20.00 | 0.00 | 0.00 |
| Robert O Lampl, Esquire | 6220-000 | NA | 1,317.03 | 0.00 | 0.00 |
| Business Consultants, Inc. | 6410-000 | NA | 1,815.81 | 0.00 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 28,729.84 | $ 12,500.00 | $ 12,500.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Cumberland County Tax Office | 5800-000 | NA | 21.00 | 21.00 | 21.00 |
| 8 | Internal Revenue Service | 5800-000 | NA | 1,111.77 | 1,111.77 | 1,111.77 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,132.77 | $ 1,132.77 | $ 1,132.77 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BB&T Bank William Brooks | | 950,000.00 | NA | NA | 0.00 |
| | Cathy S. Stout | | 0.00 | NA | NA | 0.00 |
| | Cleveland Clinic | | 5,000.00 | NA | NA | 0.00 |
| | D. Ralph Huff & Linda Huff | | 0.00 | NA | NA | 0.00 |
| | H. Dolf Berry Middle Road Properties LLC and Riverbluff Partners, LLC | | 0.00 | NA | NA | 0.00 |
| | Mamo Meaza | | 10,000.00 | NA | NA | 0.00 |
| | Menno Pennink & Suzanne Pennink | | 0.00 | NA | NA | 0.00 |
| | NCO Financial Systems, Inc. | | 2,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | New Century Bank |  | 130,000.00 | NA | NA | 0.00 |
|  | New Century Bank |  | 60,000.00 | NA | NA | 0.00 |
|  | Robert Anderson and Lynn Anderson c/o Anderson Architecture, PLLC |  | 0.00 | NA | NA | 0.00 |
|  | Tommy Bradford |  | 0.00 | NA | NA | 0.00 |
| 13 | 300 Block Investors, LLC | 7100-000 | 0.00 | 1,600,000.00 | 0.00 | 0.00 |
| 3 | BB&T Bankruptcy Section | 7100-000 | 160,000.00 | 141,518.29 | 141,518.29 | 670.83 |
| 1 | FIA CARD SERVICES, N. A. | 7100-000 | 33,000.00 | 33,258.42 | 33,258.42 | 157.65 |
| 10 | First South Bank | 7100-000 | NA | 11,130.04 | 11,130.04 | 52.76 |
| 9 | First South Bank | 7100-000 | 165,000.00 | 13,899.29 | 13,899.29 | 65.89 |
| 14 | St. Paul Fire & Marine Insurance Co | 7100-000 | 1,550,000.00 | 1,586,012.90 | 1,586,012.90 | 0.00 |
|  | St. Paul Fire & Marine Insurance Company | 7100-000 | NA | 7,518.07 | 7,518.07 | 7,518.07 |
| 11 | William Stout | 7100-000 | 161,675.00 | 161,675.00 | 161,675.00 | 0.00 |
|  | Clerk Of Courts | 7100-001 | NA | 766.38 | 766.38 | 766.38 |
|  | INTERNAL REVENUE SERVICE | 7300-000 | NA | 735.39 | 735.39 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,226,675.00 | $ 3,556,513.78 | $ 1,956,513.78 | $ 9,231.58 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-25775 | CMB | Judge: | Carlota M. Bohm | Trustee Name: | PAMELA J. WILSON |
|---|---|---|---|---|---|---|
| Case Name: | MARK A. STOUT | | | | Date Filed (f) or Converted (c): | 07/26/2012 (c) |
| | | | | | 341(a) Meeting Date: | 08/31/2012 |
| For Period Ending: | 02/15/2017 | | | | Claims Bar Date: | 11/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1207 LONGLEAF DRIVE, FAYETTEVILLE, NC (JOINT) | 400,000.00 | 0.00 | | 0.00 | FA |
| 2. 123 WILLBOROUGH AVE, FAYETTEVILLE, NC (Disposed of Chp 11) | 0.00 | 0.00 | | 0.00 | FA |
| 3. 125 WILLBOROUGH AVE, FAYETTEVILLE, NC (Disposed of Chp 11) | 0.00 | 0.00 | | 0.00 | FA |
| 4. 127 WILLBOROUGH AVE, FAYETTEVILLE, NC (Disposed of Chp 11) | 0.00 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT | 800.00 | 0.00 | | 0.00 | FA |
| 6. E-TRADE SAVINGS ACCOUNT | 700.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 9. JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 10. FIREARMS | 500.00 | 0.00 | | 0.00 | FA |
| 11. SPORTS EQUIPMENT | 100.00 | 0.00 | | 0.00 | FA |
| 12. STOCK (RAIL AMERICA) (Amended Value) | 24,286.69 | 14,062.50 | | 14,416.46 | FA |
| 13. STOCK (CROSS CREEK MEDICAL SERVICES) | 0.00 | 0.00 | | 0.00 | FA |
| 14. STOCK (WILLBOROUGH DEVELOPMENT CO) | 0.00 | 0.00 | | 0.00 | FA |
| 15. STOCK (STOUT DEVELOPMENT GROUP) | 0.00 | 0.00 | | 0.00 | FA |
| 16. STOCK (CROSS CREEK COMMONS PARTNERS) | 0.00 | 0.00 | | 0.00 | FA |
| 17. STOCK (MCGRAW STOUT, LLC) | Unknown | 0.00 | | 0.00 | FA |
| 18. STOCK (CROSS CREEK IMAGING) | 0.00 | 0.00 | | 0.00 | FA |
| 19. STOCK (MARKSMAN PROPERTIES, INC.) | 0.00 | 0.00 | | 0.00 | FA |
| 20. STOCK (SUNDUST, LLC) | 0.00 | 0.00 | | 0.00 | FA |
| 21. STOCK (MC MANAGEMENT ASSOCIATION) (JOINT) | 0.00 | 0.00 | | 0.00 | FA |
| 22. REAL ESTATE LICENSE | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-25775 | CMB | Judge: | Carlota M. Bohm | Trustee Name: | PAMELA J. WILSON |
|---|---|---|---|---|---|---|
| Case Name: | MARK A. STOUT | | | | Date Filed (f) or Converted (c): | 07/26/2012 (c) |
| | | | | | 341(a) Meeting Date: | 08/31/2012 |
| For Period Ending: | 02/15/2017 | | | | Claims Bar Date: | 11/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 2007 ISUZU TROOPER (Amended Value) | 5,000.00 | 500.00 | | 729.44 | FA |
| 24. 2009 NISSAN (Added by Amendment) (Amended Value) (u) | 16,500.00 | 13,000.00 | | 14,854.10 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $450,086.69 | $27,562.50 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigating values of personal property (assets 12, 23, 24). Order granting Trustee's Motion to Accept Payment from Debtor to Redeem Equity in Personal Property in Lieu of Sale filed on 5/31/13 (Doc. 151). Trustee investigating allegations of fraudulent activity. Trustee in process of finalizing review of claims and resolving creditor's claim involving pending state court litigation.

Initial Projected Date of Final Report (TFR): 09/30/2013    Current Projected Date of Final Report (TFR): 02/15/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-25775 | Trustee Name: PAMELA J. WILSON |
| Case Name: MARK A. STOUT | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6752 |
| | UBOC - Checking Account |
| Taxpayer ID No: XX-XXX1602 | Blanket Bond (per case limit): $13,793,048.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/14/13 | | Mark Stout | Unprotected Equity Per Court Order (Doc. #151) | | $30,000.00 | | $30,000.00 |
| | | | Gross Receipts    $30,000.00 | | | | |
| | 24 | | 2009 NISSAN  (Added by Amendment)  (Amended Value)    $14,854.10 | 1229-000 | | | |
| | 23 | | 2007 ISUZU TROOPER (Amended Value)    $729.44 | 1129-000 | | | |
| | 12 | | STOCK (RAIL AMERICA) (Amended Value)    $14,416.46 | 1129-000 | | | |
| 07/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $20.14 | $29,979.86 |
| 08/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $44.58 | $29,935.28 |
| 09/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $44.55 | $29,890.73 |
| 10/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.04 | $29,847.69 |
| 11/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $44.41 | $29,803.28 |
| 12/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $42.92 | $29,760.36 |
| 01/27/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $44.28 | $29,716.08 |
| 02/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $44.22 | $29,671.86 |
| 03/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $39.88 | $29,631.98 |
| 04/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $44.09 | $29,587.89 |
| 05/27/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $42.61 | $29,545.28 |
| 06/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.97 | $29,501.31 |
| 07/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $42.48 | $29,458.83 |
| | | | Page Subtotals: | | $30,000.00 | $541.17 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-25775 | Trustee Name: PAMELA J. WILSON |
| Case Name: MARK A. STOUT | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6752 |
| | UBOC - Checking Account |
| Taxpayer ID No: XX-XXX1602 | Blanket Bond (per case limit): $13,793,048.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.83 | $29,415.00 |
| 09/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.77 | $29,371.23 |
| 10/27/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $42.30 | $29,328.93 |
| 11/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.64 | $29,285.29 |
| 12/26/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $42.17 | $29,243.12 |
| 01/26/15 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.51 | $29,199.61 |
| 02/25/15 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.45 | $29,156.16 |
| 03/25/15 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $39.19 | $29,116.97 |
| 04/27/15 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.32 | $29,073.65 |
| 05/26/15 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $41.87 | $29,031.78 |
| 06/25/15 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.20 | $28,988.58 |
| 07/27/15 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $41.75 | $28,946.83 |
| 08/25/15 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.07 | $28,903.76 |
| 09/25/15 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $43.01 | $28,860.75 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.56 | $28,819.19 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.88 | $28,776.31 |

Page Subtotals:     $0.00     $682.52

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-25775 | Trustee Name: PAMELA J. WILSON |
| Case Name: MARK A. STOUT | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6752 |
| | UBOC - Checking Account |
| Taxpayer ID No: XX-XXX1602 | Blanket Bond (per case limit): $13,793,048.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.44 | $28,734.87 |
| 06/04/16 | 301 | Pamela J. Wilson<br>810 Vermont Avenue<br>Pittsburgh, PA 15234 | Distribution | | | $5,545.52 | $23,189.35 |
| | | Pamela J. Wilson | Final distribution representing a payment of 100.00 % per court order. ($3,750.00) | 2100-000 | | | |
| | | Pamela J. Wilson | Final distribution representing a payment of 100.00 % per court order. ($1,760.00) | 3110-000 | | | |
| | | Pamela J. Wilson | Final distribution representing a payment of 100.00 % per court order. ($35.52) | 3120-000 | | | |
| 06/04/16 | 302 | Office of the United States Trustee<br>Office of the United States Trustee (ADMINISTRATIVE)<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 | Final distribution to claim 15 representing a payment of 100.00 % per court order. | 2950-000 | | $325.00 | $22,864.35 |
| 06/04/16 | 303 | Esquire Robert O Lampl<br>960 Penn Avenue<br>Suite 1200<br>Pittsburgh, PA 15222 | Final distribution representing a payment of 100.00 % per court order. | 6210-000 | | $12,500.00 | $10,364.35 |
| 06/04/16 | 304 | Internal Revenue Service<br>1000 Liberty Avenue Room 705<br>Pittsburgh, Pa. 15222 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5800-000 | | $1,111.77 | $9,252.58 |
| 06/04/16 | 305 | Cumberland County Tax Office<br>P.O. Box 449<br>Fayetteville, NC 28302 | Final distribution to claim 12 representing a payment of 100.00 % per court order. | 5800-000 | | $21.00 | $9,231.58 |
| 06/04/16 | 306 | FIA CARD SERVICES, N. A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution to claim 1 representing a payment of 0.47 % per court order. | 7100-000 | | $157.65 | $9,073.93 |
| 06/04/16 | 307 | BB&T Bankruptcy Section<br>PO Box 1847<br>Wilson, NC 27894 | Final distribution to claim 3 representing a payment of 0.47 % per court order. | 7100-000 | | $670.83 | $8,403.10 |

Page Subtotals: $0.00    $20,373.21

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-25775 | Trustee Name: PAMELA J. WILSON |
| Case Name: MARK A. STOUT | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6752 |
| | UBOC - Checking Account |
| Taxpayer ID No: XX-XXX1602 | Blanket Bond (per case limit): $13,793,048.00 |
| For Period Ending: 02/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/04/16 | 308 | First South Bank<br>PO Box 2047<br>Washington, NC  27889 | Final distribution to claim 9 representing a payment of 0.47 % per court order. | 7100-000 | | $65.89 | $8,337.21 |
| 06/04/16 | 309 | First South Bank<br>PO Box 2047<br>Washington, NC  27889 | Final distribution to claim 10 representing a payment of 0.47 % per court order. | 7100-000 | | $52.76 | $8,284.45 |
| 06/04/16 | 310 | William Stout<br>230 Sundust Road<br>Eighty Four, PA  15330 | Final distribution to claim 11 representing a payment of 0.47 % per court order. | 7100-000 | | $766.38 | $7,518.07 |
| 06/04/16 | 311 | St. Paul Fire & Marine Insurance Co<br>c/o Samuel R. Grego Esq.<br>Two PPG Place-Suite 400<br>Pittsburgh, PA  15222 | Final distribution to claim 14 representing a payment of 0.47 % per court order. | 7100-000 | | $7,518.07 | $0.00 |
| 09/17/16 | 311 | St. Paul Fire & Marine Insurance Co<br>c/o Samuel R. Grego Esq.<br>Two PPG Place-Suite 400<br>Pittsburgh, PA  15222 | Final distribution to claim 14 representing a payment of 0.47 % per court order. Reversal creditor did not receive check | 7100-000 | | ($7,518.07) | $7,518.07 |
| 09/19/16 | 312 | St. Paul Fire & Marine Insurance Company<br>c/o Samuel R. Grego, Esquire<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place<br>Suite 400<br>Pittsburgh, PA  15222 | Replacement check final distribution claim #14 | 7100-000 | | $7,518.07 | $0.00 |
| 11/09/16 | 310 | William Stout<br>230 Sundust Road<br>Eighty Four, PA  15330 | Final distribution to claim 11 representing a payment of 0.47 % per court order. Reversal | 7100-000 | | ($766.38) | $766.38 |
| 11/15/16 | 313 | Clerk Of Courts<br>United States Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 | Remit to Court | 7100-001 | | $766.38 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Page Subtotals: | $0.00 | $8,403.10 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $30,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6752 - UBOC - Checking Account | $30,000.00 | $30,000.00 | $0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |